**UNITED STATES
DISTRICT COURT**
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH Division

\# 07005839 - BS
August 8, 2007

| Code | Case # | Qty | Amount |
|---|---|---|---|
| 1ST APPE | 99-17E | | 6.93 CH |
| 1ST CIVI | 02-1714 | $6.93 | 6.93 CH |
| 1ST CIVI | 04-523 | | 18.00 CH |
| 1ST CIVI | 06-718 | | 7.03 CH |

TOTAL → 30.89

~~New bal $ 448.07~~ 90

FROM: D.LUCAS CS2266/SMITH EY9164
SCI DALLAS
DALLAS PA 18612-0286
HOPKINS GL 2311

New balance
105.00 total fee
6.93
―――――――
new balance $98.07