UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH Division

# 080000703 - KY

November 13, 2007

| Date | Case # | Qty | Amount |
|------|--------|-----|--------|
| 1ST OFFE 06-523 | | | 10.00 CH |
| 1ST CIVI 02-1714 | | | 2.93 CH |
| 1ST CIVI 06-110 | | | 1.03 CH |
| 2ND OFFE 05-17E | | | 5.82 CH |

TOTAL -> 30.89

New Balance $91.14   99,17E

FROM D SMITH EX164/B. LUCAS CS2266
I HORKING AL2011/ DARIAN LUCAS
CS2266
301 DALLAS, DALLAS, PA 18612

Darian Lucas CS-3266