UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 08000094 — DM
December 27, 2007

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| 2NDAPPEA | 99-17 E | | 87.02 CH |

TOTAL→                87.02

FROM: SCI DALLAS FOR:
DARIAN LUCAS